UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JERRY MEADOWS** | **CIVIL ACTION NO. 5:22-CV-5698** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SAM DOWIES** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION [Doc. 19] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS HEREBY ORDERED that Sheriff Dowies' SECOND MOTION TO DISMISS [Doc. 15] is GRANTED.

IT IS FURTHER ORDERED all federal claims asserted in the COMPLAINT [Doc. 1] are DISMISSED WITH PREJUDICE. Any state law claims asserted in the COMPLAINT are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 21st day of March, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE